UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN KELMENDI, and
TOM DJONOVIC, as Personal
Representative of the
Estate of PRELA DJONOVIC,

    Plaintiff,                    Case No. 20-cv-12354

v.                                  HON. MARK A. GOLDSMITH

T. HOGAN et al.,

    Defendants.
_____/

# JUDGMENT

    Judgment is entered in accordance with the Opinion and Order entered on today's date. The case is closed.

                                              KINIKIA ESSIX
                                              CLERK OF THE COURT

                                By:    s/ Erica Parkin
                                                  DEPUTY COURT CLERK

APPROVED:

s/Mark A. Goldsmith
MARK A. GOLDSMITH
UNITED STATES DISTRICT JUDGE

Dated: September 27, 2024